UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATONYA R. FINLEY,

        Plaintiff,

    v.

CAMPBELL GREEN LLP, et al.,

        Defendants.

Case No. 19-cv-01820-JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND INSTRUCTIONS TO CLERK**

Re: Dkt. No. 8

On April 5, 2019, the Court issued an order denying Plaintiff's motion for a temporary restraining order and dismissing her complaint, with leave to amend. The Court gave Plaintiff leave to amend within twenty-one days of the date of that Order. The Court also granted Plaintiff's request for permission to electronically file. To date, Plaintiff has not filed an amended complaint. It does not appear she has completed the necessary steps to become an electronic filer.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall serve a copy of this Order on Plaintiff by mail. However, Plaintiff is HEREBY ADVISED that because she has been granted permission to electronically file, this will be the last Order Plaintiff receives via United States mail.

//

//

//

//

//

//

Plaintiff's response to this Order to Show Cause shall be due by no later than May 15, 2019. If Plaintiff fails to file a response by that date, the Court will dismiss the case without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
JEFFREY S. WHITE
United States District Judge